UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

STONE*WALL FARM STALLIONS I, LLC                           Case No. 10-52318-tnw

DEBTOR IN POSSESSION                                                          CHAPTER 11

## MOTION FOR ADMINISTRATIVE CONSOLIDATION OF CASES AND NOTICE

Comes the Debtor-In-Possession Stone*Wall Farm Stallions I, LLC, by and through counsel, and moves this court for an order consolidating the cases of Stone*Wall Farm Stallions I, LLC (Case #10-52318-tnw), Stone*Wall Farm Stallions VII, LLC (Case #10-52319-tnw), Stone*Wall Farm Stallions Racing Division I, LLC (Case #10-52317-tnw), Hotcopri, LLC (Case #10-52315-tnw), and Malandrin, LLC (Case #10-52316-tnw) (collectively "the Debtors" unless otherwise noted) for administrative purposes only into one consolidated Chapter 11 case under Stone*Wall Farm Stallions I, LLC, Case No. 10-52318-tnw pursuant to the provisions of 11 U.S.C. §302(b) and Bankruptcy Rule 1015(b).

In support of this Motion the Debtor states as follows:

1. This Court has jurisdiction over these Chapter 11 cases pursuant to 28 U.S.C §§1557 and 1334. This matter constitutes a core proceeding under 28 U.S.C. §157(b)(2)(A).

2. The Debtors are limited liability corporations organized under the laws of the Commonwealth of Kentucky having their principal office for business at 3204 Midway Road, Versailles, Kentucky, with the exception of Malandrin, LLC which is a

Florida limited liability company, having its principal business address at 3204 Midway Road, Versailles, Kentucky.  Venue for the Debtors' Chapter 11 cases is proper in this district pursuant to 29 U.S.C. §§1408 and 1409.

3.	The Debtors, in large part, own a single thoroughbred asset and are each owned 100% by the sole member of each LLC, Audrey L. Haisfield.

4.	The Debtors have substantially the same creditor body with slight exceptions, and each Debtor is indebted to JPMorgan Chase Bank on the basis of numerous promissory notes under which the bank is claiming cross-collateralization of the loans by each Debtor.

5.	The Debtors have each filed petitions under Chapter 11 of the U.S. Bankruptcy Code on July 20, 2010 and an order for relief has been entered in each case.

6.	The Debtors are operating their businesses as Debtors and Debtors-In-Possession pursuant to 11 U.S.C. §§1107(a) and 1108, essentially as one company, even though there are five different limited liability companies, with common members managers, and ownership.

7.	Because the ultimate goal of these Debtors is to propose a business plan for operation of the assets to satisfy all creditors in each case, it would be most economical and expeditious to procedurally administer these cases under one case name and case number, that of Stone*Wall Farm Stallions I, LLC.

8.	It is in the best interest of all parties to have all pleadings, motions, notices and other filings be filed in one case and for this Court to administer all Debtors jointly under one case name and one case number.

9.     The general rule is that a bankruptcy court may consolidate corporate debtors if they conduct business as one economic unit, co-mingle funds, have common officers, directors or owners, hold common assets or file consolidated tax returns.

10.    Bankruptcy Code §302(b) allows this Court to determine the extent to which debtors' estates may be consolidated. Bankruptcy Rule 1015(b) sets forth the procedure that authorizes the joint administration of one or more petitions pending in the same court. These cases should be jointly administered for procedural purposes and it should be determined by this Court that the procedural consolidation of these five cases is in the best interest of the Debtors' creditors and estates and is beneficial to the economic and efficient administration of the estates.

WHEREFORE, the Debtor, Stone*Wall Farm Stallions I, LLC, prays for an order of this Court directing that all five of the above-referenced cases be consolidated and administered jointly for procedural purposes only under Stone*Wall Farm Stallions I, LLC, Case #10-52318-tnw.

## **NOTICE**

Notice is hereby given that the foregoing Motion shall come on for hearing before the U.S. Bankruptcy Court for the Eastern District of Kentucky, Lexington Division, 100 East Vine Street, Third Floor Courtroom, Lexington, Kentucky on Tuesday, the 27th day of July, 2010, 2010 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard.

Gess Mattingly & Atchison, P.S.C.


By: /s/ John T. Hamilton_____
    John T. Hamilton
    201 West Short Street
    Lexington, Kentucky 40507
    Phone: 859-252-9000
    Fax: 859-233-4269
    E-mail: jhamilton@gmalaw.com
    ATTORNEY FOR DEBTOR


**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the foregoing Motion was served by first-class mail, postage prepaid or by ECF filing procedures upon all attorneys of record, upon the U.S. Trustee, and upon the twenty largest unsecured creditors, on this the 20th day of July, 2010 pursuant to the attached mailing list.


/s/ John T. Hamilton_____
John T. Hamilton

Baker & Dorton, LLC
d/b/a Woodford Equine Hospital
c/o Brian M. Gudalis, Esq.
Lexington KY 40507

Bradley Thoroughbred Brokerage
c/o Robert E. Maclin, III, Esq.
McBrayer, McGinnis, Leslie &
Kirkland
Lexington KY 40507

Breeders Cup
P.O. Box 4230
Lexington KY 40544

Commonwealth of Kentucky
Finance and Administration Cabinet
c/o Barbara Curtin Kenny, Esq.
Frankfort KY 40602

Congleton Lumber
c/o Lee Kessinger, Esq.
Kinkead & Stilz, PLLC
Lexington KY 40507

Fifth Third Bank
c/o W. Craig Robertson, III, Esq.
Wyatt Tarrant & Combs, LLP
Lexington KY 40507

Harleysville National Bank
c/o Martin B. Tucker, Esq.
250 W. Main Street
Lexington KY 40507

Internal Revenue Service
P.O. Box 21126
Philadelphia PA 19114

JP Morgan Chase Bank, N.A.
c/o Elizabeth Lee Thompson
Stites & Harbison, LLC
Lexington KY 40507

Jim Fitzgerald
c/o Robert E. Maclin, III, Esq.
McBrayer, McGinnis, Leslie &
Kirkland
Lexington KY 40507

Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort KY 40602

Kentucky State Treasurer
Kentucky Department of Revenue
Frankfort KY 40619

MDO, LLC
c/o Robert E. Maclin, III, Esq.
McBrayer, McGinnis, Leslie &
Kirkland
Lexington KY 40507

Marvin J. Cain, DVM
c/o Patrick Kilburn, Esq.
Lloyd & McDaniel, PC
Louisville KY 40223-0200

Palm Beach Stallions
11188 Lakeshore Place
North Palm Beach FL 33408

Pomerol Pty, Ltd.
c/o Robert E. Maclin, III, Esq.
McBrayer, McGinnis, Leslie &
Kirkland
Lexington KY 40507

Randy Walker Electrical
c/o Charles E. Ward, Esq.
Dinsmore & Shohl, LLP
Lexington KY 40588-1720

Reese Henry
400 E. Main Street
Aspen CO 81611

Ronald J. Bamberger
c/o W. Craig Robertson, III, Esq.
Wyatt, Tarrant & Combs, LLP
Lexington KY 40507

Sadler
P.O. Box 882
Versailles KY 40383

Thoroughbred Times
P.O. Box 8237
Lexington KY 40533

True Nicks
3101 Beaumont Center
Lexington KY 40513

U.S. Trustee
100 E. Vine Street
Lexington, KY 40507