UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                                     CASE NUMBER 10-52318

Stone*Wall Farm Stallions I, LLC

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 7/27/2010                                                     TIME: 09:30

APPEARANCES:
   Smith, Valorie
   Meldrum, Brian
   Hamilton, John
   Stolz, Steve
   Hanrahan, Phil

ISSUE:

| 17 | 7/23/2010 | Motion for Relief from Stay, filed by JPMorgan Chase Bank Fee Amount 150. Hearing scheduled for 7/27/2010 at 09:30 AM at Lexington Courtroom, 3rd Floor.  (Attachments: # (1) Continuation of Main Document Exhibits A-C# (2) Continuation of Main Document Exhibit D- Affidavit - Part 1# (3) Continuation of Main Document Exhibit D - Affdavit -Part 2# (4) Continuation of Main Document Exhibit D - Affidavit - Part 3# (5) Continuation of Main Document Exhibits E through F# (6) Continuation of Main Document Exhibits G through L# (7) Proposed Order) (Smith, Valorie) |

DISPOSITION:
   Other

JUDGE'S NOTES:

   Sus as of 5:00 as to stay relief unless payment to
   Breeders' Cup tendered and record suplemented; not
   as to abandonment

*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge**
**Dated: Tuesday, July 27, 2010**
**(gwp)**