UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

STONE*WALL FARM STALLIONS I, LLC            Case No. 10-52318-tnw

DEBTOR IN POSSESSION                                   CHAPTER 11

### NOTICE OF PAYMENT OF 2009 BREEDERS' CUP LIMITED FEES

Notice is hereby given that the Debtors-In-Possession, Stone*Wall Farm Stallions I, LLC and Stone*Wall Farm Stallions VII, LLC have paid the 2009 Breeders' Cup Limited Nomination fees for the stallions A.P. WARRIOR in the amount of $16,136.00 and LEROIDESANIMAUX in the amount $18,842.29.

Attached hereto as **Exhibit A** is the letter of transmittal, copy of the check for payment, and invoice for each stallion.

                                           Gess Mattingly & Atchison, P.S.C.

                                           By: _____
                                           John T. Hamilton
                                           201 West Short Street
                                           Lexington, Kentucky 40507
                                           Phone: 859-252-9000
                                           Fax: 859-233-4269
                                           E-mail: jhamilton@gmalaw.com
                                           ATTORNEY FOR DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Notice of Payment was this day served via first class mail, postage-prepaid or ECF filing to the twenty largest unsecured creditors and all parties in interest on this the _27th_ day of July, 2010:

_____
John T. Hamilton



# GESS MATTINGLY & ATCHISON, P.S.C.
### A TRADITION *of* EXCELLENCE

Natalie S. Wilson
C. Timothy Cone
Joseph H. Miller
William W. Allen
Guy M. Graves
Walter R. Morris, Jr.
John T. Hamilton
Jeffrey R. Walker
Elizabeth S. Hughes
Stephen P. Stoltz
Lori B. Shelburne
Samuel G. Carneal
Huston B. Combs
Nora A. Koffman
Benjamin D. Allen
Elizabeth M. Ross

William B. Gess
(1906-1985)
John G. Atchison, Jr.
(1924-2002)
Jack F. Mattingly
(1921-2006)

Special Counsel:
James E. Keller

Of Counsel:
William R. Hilliard, Jr.

July 27, 2010

**Via Hand Delivery**
Breeders' Cup Limited
2525 Harrodsburg Road
P.O. Box 4230
Lexington, KY 40544

Re:   <u>2009 Breeders' Cup Stallion Nomination Fees</u>
      A.P. WARRIOR, Account #000311305
      LEROIDESANIMAUX, Account #000049108

To Whom It May Concern:

Enclosed is my firm's escrow check for $34,978.29 representing 2009 Breeders' Cup Stallion Nomination fees of $16,136.00 for A.P. WARRIOR and $18,842.29 for LEROIDESANIMAUX.

With kindest regards,

John T. Hamilton

/cf
Enclosure
cc:   David E. Longenecker, Esq.
      Valorie D. Smith, Esq.

Received by: Brittany Bell

Date: 7-27-10

Exhibit A

**GESS MATTINGLY & ATCHISON, P.S.C.**
ESCROW ACCOUNT
201 W. SHORT STREET
LEXINGTON, KY 40507

PNC BANK, NATIONAL ASSOCIATION
KENTUCKY
21-10/830

012766

7/27/2010

PAY TO THE ORDER OF: BREEDERS CUP LIMITED          $ **34,978.29

Thirty-Four Thousand Nine Hundred Seventy-Eight and 29/100************************************ DOLLARS

MEMO: 2009 NOMINATION FEES FOR AP WARRIOR & LEROIDESANIMAUX

AUTHORIZED SIGNATURE

⑈012766⑈ ⑆083000108⑆ 30071447 13⑈

# BREEDERS' CUP LIMITED STALLION ACCOUNT

*Print Change of Address Below*

| Name | | Phone | |
|---|---|---|---|
| Address | | City | |
| State/Prov | Country | Zip | |

**STATEMENT SUMMARY**

| Minimum Amount Now Due | $18,842.29 |
|---|---|
| Or To Pay Nomination In Full | $18,842.29 |
| Payment Due By | 10/15/09 |
| Please Fill In Amount Enclosed | |

**ACCOUNT NUMBER:** 000049108

Leroidesanimaux (BRZ) Syndicate
Stonewall Farm Stallions
3204 Midway Road
Versailles, KY  40383

**MAIL PAYMENT TO:**
Breeders' Cup, Ltd.
P.O. Box 4230
Lexington, KY 40544-4230

*Return original statement with payment in enclosed envelope*
*Make Check in U.S. Dollars Payable To: Breeders' Cup Limited*
*If paying by charge card, please see reverse*

| Breeders' Cup Limited Stallion Account Detail | | | | Statement Date: | 7/20/10 |
|---|---|---|---|---|---|
| Stallion | Nom. Year | Nomination Fee | Amount Paid To Date | Minimum Amount Now Due | Balance to Pay Nomination In Full |
| Leroidesanimaux (BRZ) Service Charge | 2009 | $17,500.00 $1,442.29 | $100.00 $0.00 | $17,400.00 $1,442.29 | $18,842.29 |
| TOTALS | | $18,942.29 | $100.00 | $18,842.29 | $18,842.29 |

*For important information regarding billing inquiries or delinquency charges, please see reverse.*
*Retain customer copy of this account summary for your records.*

# BREEDERS' CUP LIMITED STALLION ACCOUNT

*Print Change of Address Below*

| Name | | Phone | |
|---|---|---|---|
| Address | | City | |
| State/Prov. | Country | Zip | |

**ACCOUNT NUMBER:** 000311305

A.P. Warrior Syndicate
Stonewall Farm Stallions
3204 Midway Road
Versailles, KY 40383

**STATEMENT SUMMARY**

| Minimum Amount Now Due | $16,136.00 |
|---|---|
| Or To Pay Nomination In Full | $16,136.00 |
| Payment Due By | 10/15/09 |
| Please Fill In Amount Enclosed | |

MAIL PAYMENT TO:
Breeders' Cup, Ltd.
P.O. Box 4230
Lexington, KY 40544-4230

*Return original statement with payment in enclosed envelope*
*Make Check in U.S. Dollars Payable To: Breeders' Cup Limited*
*If paying by charge card, please see reverse*

| Breeders' Cup Limited Stallion Account Detail | | | | Statement Date: | 7/20/10 |
|---|---|---|---|---|---|
| Stallion | Nom. Year | Nomination Fee | Amount Paid To Date | Minimum Amount Now Due | Balance to Pay Nomination In Full |
| A. P. Warrior | 2009 | $15,000.00 | $100.00 | $14,900.00 | $16,136.00 |
| Service Charge | | $1,236.00 | $0.00 | $1,236.00 | |
| TOTALS | | $16,236.00 | $100.00 | $16,136.00 | $16,136.00 |

*For important information regarding billing inquiries or delinquency charges, please see reverse.*
*Retain customer copy of this account summary for your records.*

Page 1 of 1