B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Stone*Wall Farm Stallions I, LLC**

Debtor

Case No. _____10-52318_____

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,097,003.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,538,012.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 166,379.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 951,312.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 1,097,003.00 | | |
| Total Liabilities | | | | 4,655,703.93 | |

B6A (Official Form 6A) (12/07)

In re    **Stone*Wall Farm Stallions I, LLC**                                   Case No.    __10-52318__
_____
Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Stone*Wall Farm Stallions I, LLC**                                    Case No.   __10-52318__
                                                                  ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank 380 South County Road Palm Beach, FL 33480 Checking account ending in 1914** | - | 3.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total >  (Total of this page) | 3.00 |
|---|---|---|---|

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Stone*Wall Farm Stallions I, LLC**                                     Case No.    **10-52318**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | 2007 through 2010 Stud Fees due for LEROIDESANIMAUX - See Attached List | - | 397,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **397,000.00**
(Total of this page)

Sheet __**1**__ of __**2**__  continuation sheets attached
to the Schedule of Personal Property

# SCHEDULE B - PERSONAL PROPERTY #16

## 2010 Stud Fees Due

| Stallion | Mare | Mare Owner | Owner Address and Phone Number | Stud Fee Due | Sales Tax Due |
|---|---|---|---|---|---|
| **Stand & Nurse** | | | | | |
| Leroidesanimaux | Madeline P | Charles Deters | 12560 Green Rd, Walton, KY 41094 859-356-2548 | $7,500.00 | $450.00 |
| Leroidesanimaux | Vivine | John & Jerry Amerman | 38951 Pauba Rd, Temecula, CA 92592 951-303-2203 | $12,000.00 | $720.00 |
| Leroidesanimaux | Holy Goddess | Zimmerman Farms | 1177 Bethlehem Rd, Paris KY 40361 | $7,500.00 | $450.00 |
| Leroidesanimaux | St. Poly Carp | Zimmerman Farms | 1177 Bethlehem Rd, Paris KY 40361 | $5,000.00 | $300.00 |
| Leroidesanimaux | Queendom | Jackson Moore | 235-C Connemaria Dr, Myrtle Beach, SC 29579 843-236-8244 | $7,500.00 | $450.00 |
| Leroidesanimaux | Phone Joan | Winchester Place Thoroughreds | 12060 Pinto De, Waytana, MN 55391 763-449-0831 | $7,500.00 | $450.00 |
| Leroidesanimaux | Advocate | Jeffery & Dawn Phillips | 3922 Clear Springs Rd, Mascot, TN 37806 865-755-8177 | $7,500.00 | $450.00 |
| Leroidesanimaux | Unbridled Treasure | Jim Bolger | 1839 Huntertown Rd, Versailles, KY 40383 | $7,500.00 | $450.00 |
| Leroidesanimaux | Azarina | Jim Bolger | 1839 Huntertown Rd, Versailles, KY 40383 | $6,500.00 | $390.00 |
| Leroidesanimaux | Fardus | Jim Bolger | 1839 Huntertown Rd, Versailles, KY 40383 | $6,500.00 | $390.00 |
| Leroidesanimaux | Saintly Hertfield | Jim Bolger | 1839 Huntertown Rd, Versailles, KY 40383 | $6,500.00 | $390.00 |
| Leroidesanimaux | Wild Heaven | Jim Bolger | 1839 Huntertown Rd, Versailles, KY 40383 | $6,500.00 | $390.00 |
| Leroidesanimaux | Easy Now | Jim Bolger | 1839 Huntertown Rd, Versailles, KY 40383 | $6,500.00 | $390.00 |
| Leroidesanimaux | Lil Mai Tai | Kathryn Kunz | 630 E 57th, Indianapolis, IN 46220 317-639-1210 | $7,500.00 | $450.00 |
| Leroidesanimaux | Suave Sentiment | Casimark Farm | 9505 Mines Rd, Suite 116, Box 153, Laredo, TX 78045 956-723-9451 | $7,500.00 | $450.00 |
| Leroidesanimaux | All The Stars | Marilyn Justice | 535 Ocean Blvd, Golden Beach, FL 33160 786-797-0097 | $7,500.00 | $450.00 |
| | | **S & N TOTALS** | | **$117,000.00** | |
| **Out of Proceeds** | | | | | |
| Leroidesanimaux | Goodness Unbridled | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $15,000.00 | $900.00 |
| Leroidesanimaux | How True It Is | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $15,000.00 | $900.00 |
| Leroidesanimaux | Royal Irish Lass | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $15,000.00 | $900.00 |
| Leroidesanimaux | Songthrush | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $15,000.00 | $900.00 |
| Leroidesanimaux | Unbridled Lover | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $15,000.00 | $900.00 |
| Leroidesanimaux | Unbridled Temper | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $15,000.00 | $900.00 |
| | | **OOP TOTALS** | | **$90,000.00** | |

## 2009 Outstanding Stud Fees

| Stallion | Mare Name | Owner Name | Owner Address and phone number | Stud Fee | Sales Tax |
|---|---|---|---|---|---|
| Leroidesanimaux | Breaker | Hugh Moore | 819 Ross Trail, Arlington, TX76012 | $8,750.00 | $525.00 |
| Leroidesanimaux | Nicebuthnaughty | Tom Crouch | P.O. Box 11743, Lexington, KY 40577 859-621-6516 | $8,750.00 | $525.00 |
| Leroidesanimaux | Goodness Unbridled | Stonewall Farm | 3204 Midway Rd, Versailles,KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| Leroidesanimaux | Got Merlot | Stonewall Farm | 3204 Midway Rd, Versailles,KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| Leroidesanimaux | L'Hiver | Stonewall Farm | 3204 Midway Rd, Versailles,KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| Leroidesanimaux | Royal Irish Lass | Stonewall Farm | 3204 Midway Rd, Versailles,KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| Leroidesanimaux | Songthrush | Stonewall Farm | 3204 Midway Rd, Versailles,KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| Leroidesanimaux | Big Hurry | Stonewall Farm | 3204 Midway Rd, Versailles,KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| | | | | $122,500.00 | |

## 2008 Outstanding Stud Fees

| Stallion | Mare Name | Owner Name | Owner Address and phone number | Stud Fee | Sales Tax |
|---|---|---|---|---|---|
| Leroidesanimaux | Songthrush | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| Leroidesanimaux | Royal Irish Lass | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| Leroidesanimaux | Unbridled Lover | Stonewall Farm | 3204 Midway Rd, Versailles KY 40383 859-846-4334 | $17,500.00 | $1,050.00 |
| | | | | $52,500.00 | |

## 2007 Outstanding Stud Fees

| Stallion | Mare Name | Owner Name | Owner Address and phone number | Stud Fee | Sales Tax |
|---|---|---|---|---|---|
| Leroidesanimaux | Chunter's Joy | Cheryl Prudhomme | 2228 State Route 4, Fort Edward, NY 12828 518-747-0090 | $15,000.00 | $900.00 |
| | | | | $15,000.00 | |

Page 2

B6B (Official Form 6B) (12/07) - Cont.

In re   **Stone*Wall Farm Stallions I, LLC**                                    Case No. _____10-52318_____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **LEROIDESANIMOUX - 2000 Thoroughbred Stallion by CANDY STRIPES out of DISSEMBLE** | - | 700,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 700,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,097,003.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Stone*Wall Farm Stallions I, LLC**                                    Case No.    **10-52318**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 1/31/2008 | | | | | |
| **JP Morgan Chase Bank, N.A.** c/o Elizabeth Lee Thompson **Stites & Harbison, LLC** **250 West Main Street, Suite 2300** **Lexington, KY 40507** | X | - | | **Equine Loans** **LEROIDESANIMAUX 2000 Thoroughbred Stallion and Stud Fee Receivables** | | | | | |
| | | | | Value $                1,097,000.00 | | | | 3,538,012.00 | 2,441,012.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,538,012.00 | 2,441,012.00 |
| Total (Report on Summary of Schedules) | 3,538,012.00 | 2,441,012.00 |

B6E (Official Form 6E) (4/10)

In re    **Stone*Wall Farm Stallions I, LLC**                                              Case No.    **10-52318**
                                                                    ,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Stone\*Wall Farm Stallions I, LLC**       Case No.    **10-52318**

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |  |  |
| Account No.<br><br>**Commonwealth of Kentucky Finance and Administration Cabinet c/o Barbara Curtin Kenny, Esq. P.O. Box 5222 Frankfort, KY 40602** | - |  |  | 03/18/2010<br><br>Judgment<br>Sales Tax |  |  |  | 157,000.00 | 157,000.00 | 0.00 |
| Account No.<br><br>**Internal Revenue Service P.O. Box 970024 Saint Louis, MO 63197-0024** | - |  |  | Federal Taxes | X | X | X | Unknown | Unknown | Unknown |
| Account No.<br><br>**Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | - |  |  | Federal Taxes | X | X | X | Unknown | Unknown | 0.00 |
| Account No.<br><br>**Kentucky Deparment of Revenue Frankfort, KY 40618-0006** | - |  |  | State Taxes | X | X | X | Unknown | Unknown | 0.00 |
| Account No.<br><br>**Kentucky Department of Revenue Legal Branch - Bankruptcy Section P.O. Box 5222 Frankfort, KY 40602** | - |  |  | State Taxes | X | X | X | Unknown | Unknown | 0.00 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     157,000.00     157,000.00     0.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **Stone\*Wall Farm Stallions I, LLC**                                    Case No.    **10-52318**

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | 2009 and 2010 Sales Tax | | | | | |
| **Kentucky State Treasurer Kentucky Department of Revenue Frankfort, KY 40619** | - | | | | X | X | X | | 0.00 |
| | | | | | | | | 9,379.66 | 9,379.66 |
| Account No. | | | | Property Taxes | | | | | |
| **Woodford County Sheriff 103 S. Main Street Versailles, KY 40383** | - | | | | X | X | X | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **2**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 9,379.66 | 9,379.66 |
| Total | 157,000.00 | |
| (Report on Summary of Schedules) | 166,379.66 | 9,379.66 |

B6F (Official Form 6F) (12/07)

In re    **Stone\*Wall Farm Stallions I, LLC**                                         Case No.    **10-52318**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 06/2010 Veterinary Services | | | | |
| Baker & Dorton, LLC d/b/a Woodford Equine Hospital c/o Brian M. Gudalis, Esq. 302 West High Street Lexington, KY 40507 | - | | | | Subject to setoff. | X | X | X | 78,641.00 |
| Account No. | | | | | 10/2005 Stallion Contract Claim | | | | |
| Bradley Thoroughbred Brokerage c/o Robert E. Maclin, III, Esq. McBrayer, McGinnis, Leslie & Kirkland 201 E. Main Street, Suite 1000 Lexington, KY 40507 | - | | | | | X | X | X | 100,000.00 |
| Account No. | | | | | Nomination Fee | | | | |
| Breeders Cup P.O. Box 4230 Lexington, KY 40544 | - | | | | | X | X | X | 33,481.27 |
| Account No. | | | | | 2008 Construction supplies & services | | | | |
| Congleton Lumber c/o Lee Kessinger, Esq. Kinkead & Stilz, PLLC 301 E. Main Street, Suite 800 Lexington, KY 40507 | - | | | | | X | X | X | 80,000.00 |
| **5**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 292,122.27 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stone*Wall Farm Stallions I, LLC**
_____
Debtor

Case No.    **10-52318**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxx9385<br><br>FedEx Customer Information Services As Assignee of FedEx Express/Ground Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd, Module G, 3rd Floor Memphis, TN 38116 | - | | | 3/03/2010<br>**Shipping Charges** | | | | 747.47 |
| Account No.<br><br>**Fifth Third Bank** c/o W. Craig Robertson, III, Esq. Wyatt Tarrant & Combs, LLP 250 W. Main Street, Suite 1600 Lexington, KY 40507 | - | | | March 1, 2008<br>**Equine loans** | X | X | X | Unknown |
| Account No.<br><br>**Harleysville National Bank** c/o Martin B. Tucker, Esq. 250 W. Main Street Suite 2800 Lexington, KY 40507 | - | | | June 23, 2006<br>**Equine loans** | X | X | X | Unknown |
| Account No.<br><br>**Hart Farm** P.O. Box 275 Millwood, VA 22646 | - | | | **Bloodstock Commission** | | | | 437.50 |
| Account No.<br><br>**Hidden Brook Farm** 851 Esconadia Road Paris, KY 40361 | - | | | **Bloodstock Commission** | | | | 500.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,684.97 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stone*Wall Farm Stallions I, LLC**                                              Case No.    **10-52318**
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Horse Cents<br>199 Markham Drive<br>Versailles, KY 40383 | - | | Supplies | | | | 133.63 |
| Account No. 0021<br><br>International Risk Solutions Limited<br>c/o Muirfield Insurance, Inc.<br>1019 Majestic Drive<br>Suite 310<br>Lexington, KY 40513 | - | | 02/20/2010<br>Stallion Mortality Insurance Contract<br>February 20, 2010 through February 20, 2011<br>($7,320 month) | | | | 43,920.00 |
| Account No.<br><br>Jim Fitzgerald<br>c/o Robert E. Maclin, III, Esq.<br>McBrayer, McGinnis, Leslie & Kirkland<br>201 E. Main Street, Suite 1000<br>Lexington, KY 40507 | - | | 10/2005<br>Stallion Contract Claim | X | X | X | 100,000.00 |
| Account No.<br><br>Jockey Club Information Systems<br>821 Corporate Drive<br>Lexington, KY 40503 | - | | Portfolio Sire Scanning | | | | 508.63 |
| Account No.<br><br>KTOB<br>4079 Iron Works<br>Lexington, KY 40511 | - | | Foal Registration | | | | 200.00 |

| | | |
|---|---|---|
| Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 144,762.26 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stone*Wall Farm Stallions I, LLC**                                          Case No.    **10-52318**
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 04/2010 Veterinary Services | | | | |
| Marvin J. Cain, DVM c/o Patrick Kilburn, Esq. Lloyd & McDaniel, PC P.O. Box 23200 Louisville, KY 40223-0200 | | - | | | X | X | X | 2,410.00 |
| Account No. | | | | Feed | | | | |
| McCauley Brothers P.O. Box 604 Versailles, KY 40383 | | - | | | | | | 220.74 |
| Account No. | | | | 08/06/2008 Breeding rights claimed for Medaglia D'Oro | | | | |
| MDO, LLC c/o Robert E. Maclin, III, Esq. McBrayer, McGinnis, Leslie & Kirkland 201 E. Main Street, Suite 1000 Lexington, KY 40507 | | - | | | X | X | X | 350,000.00 |
| Account No. | | | | Bloodstock Commission | | | | |
| Palm Beach Stallions 11188 Lakeshore Place North Palm Beach, FL 33408 | | - | | | | | | 29,551.70 |
| Account No. | | | | 10/2005 Stallion Contract Claim | | | | |
| Pomerol Pty, Ltd. c/o Robert E. Maclin, III, Esq. McBrayer, McGinnis, Leslie & Kirkland 201 E. Main Street, Suite 1000 Lexington, KY 40507 | | - | | | X | X | X | 100,000.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

482,182.44

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stone*Wall Farm Stallions I, LLC**                                        Case No.   **10-52318**
                                                                        ,
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Electrical service    Subject to setoff. | | | | |
| Randy Walker Electrical c/o Charles E. Ward, Esq. Dinsmore & Shohl, LLP P.O. Box 1720 Lexington, KY 40588-1720 | | - | | X | X | X | 2,676.00 |
| Account No. | | | CPA Services | | | | |
| Reese Henry & Co., CPA 400 E. Main Street Aspen, CO 81611 | | - | | | | | 23,476.00 |
| Account No. | | | Stallion Update Reports | | | | |
| Sadler P.O. Box 882 Versailles, KY 40383 | | - | | | | | 975.00 |
| Account No. | | | Veterinary Services | | | | |
| Shirley McQuillin 3527 Pisgah Pike Versailles, KY 40383 | | - | | | | | 90.00 |
| Account No. | | | Ad Stallion Directory | | | | |
| Thoroughbred Times P.O. Box 8237 Lexington, KY 40533 | | - | | | | | 2,550.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of          Subtotal          29,767.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stone*Wall Farm Stallions I, LLC**                                  Case No.    **10-52318**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Hypo Mating | | | | |
| True Nicks 3101 Beaumont Center Lexington, KY 40513 | - | | | | | | | 625.00 |
| Account No. | | | | Hypo Mating | | | | |
| Werk Thoroughbred Consultants P.O. Box 1926 Fremont, CA 94538 | - | | | | | | | 168.33 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **793.33**

Total
(Report on Summary of Schedules)    **951,312.27**

B6G (Official Form 6G) (12/07)

In re    **Stone*Wall Farm Stallions I, LLC**                                              Case No.    **10-52318**
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **International Risk Solutions Limited c/o Muirfield Insurance, Inc. 1019 Majestic Drive Suite 310 Lexington, KY 40513** | **Stallion Mortality Insurance Contract February 20, 2010 through February 20, 2011** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Stone\*Wall Farm Stallions I, LLC**                                          Case No.    **10-52318**
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Audrey L. Haisfield**<br>**725 North Lake Way**<br>**Palm Beach, FL 33480** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Hotcopri, LLC**<br>**c/o John T. Hamilton, Esq.**<br>**Gess Mattingly & Atchison, P.S.C.**<br>**201 W. Short Street**<br>**Lexington, KY 40507** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Malandrin, LLC**<br>**c/o John T. Hamilton, Esq.**<br>**Gess Mattingly & Atchison, P.S.C.**<br>**201 W. Short Street**<br>**Lexington, KY 40507** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Marc Haisfield**<br>**11888 Lakeshore Place**<br>**North Palm Beach, FL 33408** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Nevertell Farm Kentucky II, LLC**<br>**3204 Midway Road**<br>**Versailles, KY 40383** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Nevertell Farm Kentucky III, LLC**<br>**3204 Midway Road**<br>**Versailles, KY 40383** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Stone\*Wall Farm Kentucky II, LLC**<br>**3204 Midway Road**<br>**Versailles, KY 40383** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Stone\*Wall Farm Kentucky, LLC**<br>**3204 Midway Road**<br>**Versailles, KY 40383** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

In re    **Stone\*Wall Farm Stallions I, LLC**                                    Case No. ___**10-52318**_____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stone\*Wall Farm Stallions**<br>**Racing Division I, LLC**<br>**3204 Midway Road**<br>**Versailles, KY 40383** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |
| **Stone\*Wall Farm Stallions VII, LLC**<br>**3204 Midway Road**<br>**Versailles, KY 40383** | **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Stone*Wall Farm Stallions I, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.　**10-52318**
Chapter　**11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　　I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **19** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 5, 2010**　　　　　　Signature   **/s/ Audrey L. Haisfield**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Audrey L. Haisfield**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    __Stone*Wall Farm Stallions I, LLC__      Case No. __10-52318__

                   Debtor(s)        Chapter __11__

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $741,405.54 | 01/2008 through 12/2008<br>Stallion Breeding Income: $510,945.50<br>Sales Tax Vendor Discount Fee: $60.04<br>Sale of 8% of LEROIDESANIMAUX to Palm Beach Stallions I, LLP on 3/4/08: $230,400 |
| $295,928.29 | 1/2009 through 12/2009<br>Stallion Breeding Income: $294,928.29<br>Breeder's Cup Stallion Award: $500<br>Overpayment of Stud Fee: $500 |
| $85,842.00 | 01/2010 through 12/2010<br>Stallion Breeding Income |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JP Morgan Chase Bank, N.A. v. Stone*Wall Farm Stallions, I, LLC, et al. 10-CI-3989** | Collection - Equine Loans | **Fayette Circuit Court 120 N. Limestone Lexington, KY 40507** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| **Meg Levy Bluewater Sales, LLC 3951 Old Frankfort Pike Lexington, KY 40510** | **Fifth Third Bank v. Nevertell Farm Kentucky IV, LLC, et al. 10-CI-3024 Fayette Circuit Court 120 N. Limestone Lexington, KY 40507** | **6/17/2010** | **LERIODESANIMOUX Stud Fee Receivables** |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐      concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
       preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gess Mattingly & Atchison, P.S.C.**<br>**201 W. Short Street**<br>**Lexington, KY 40507** | **Paul Krasker, Esq.**<br>**Attorney IOLTA Account**<br>**7/20/2010** | **$10,000.00 - Retainer** |
| **Gess Mattingly & Atchison, P.S.C.**<br>**201 W. Short Street**<br>**Lexington, KY 40507** | | **$1,200 - Filing fees** |

### 10. Other transfers

None    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
☐      transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
       filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Miscellaneous Transfers** | **2008-2010** | **\* The Debtor has transferred a number of stallion seasons in LEROIDESANIMAUX without charge in order to increase the number of mares bred and to increase the chance of the stallion's prodigy having racing success.** |

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■      trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
       financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
       cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth Third Bank**<br>**P.O. Box 630900**<br>**Cincinnati, OH 45263** | **Checking account ending in 1496**<br>**$0** | **7/19/10**<br>**$0** |

5

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
     partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
     immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
     within **six years** immediately preceding the commencement of this case.

     *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
     ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
     years** immediately preceding the commencement of this case.

     *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
     ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
     years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Goldie Powell**<br>**Stone*Wall Farm Stallions**<br>**3478 Midway Road**<br>**Midway, KY 40347** | **02/2007-Present** |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Reese Henry & Co., CPA** | **400 E. Main Street**<br>**Aspen, CO 81611** | **1997 to present** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Goldie Powell** | **Stone*Wall Farm Stallions**<br>**3478 Midway Road**<br>**Midway, KY 40347** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **JP Morgan Chase Bank, N.A.**<br>**c/o Elizabeth Lee Thompson**<br>**Stites & Harbison, LLC**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** | **3/31/2008, 9/30/2008 and 12/31/2008** |

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Audrey L. Haisfield**<br>**725 North Lake Way**<br>**Palm Beach, FL 33480** | **Managing Member** | **100%** |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None
■
  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See Attached Schedule** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>August 5, 2010</u>        Signature   <u>/s/ Audrey L. Haisfield</u>
                                                     **Audrey L. Haisfield**
                                                     **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

<u>STATEMENT OF FINANCIAL AFFAIRS #23 WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION</u>

Stone*Wall Farm Stallions I, LLC - Leroldesanimaux
Capital Withdrawals and Contributions
July 20, 2009- July 20, 2010

| Type | Date | Name | Memo | | Distributions | Contributions |
|------|------|------|------|---|---------------|---------------|
| General Journal | 8/10/2009 | SWFS | Breeding revenue deposited at parent level | Gypsy Jingle - transferred from SWFS | 13,250 | |
| General Journal | 8/13/2009 | SWFS | Breeding revenue deposited at parent level | Borino (IRE) - transferred from SWFS wire pymt | 13,750 | |
| General Journal | 8/21/2009 | SWFS | Breeding revenue deposited at parent level | Booly - transferred from SWFS | 15,105 | |
| General Journal | 9/21/2009 | SWFS | Breeding revenue deposited at parent level | No Chatter Please - transferred from SWFS | 11,995 | |
| General Journal | 10/2/2009 | SWFS | Breeding revenue deposited at parent level | Chasing Yield- transferred from SWFS | 5,300 | |
| General Journal | 12/31/2009 | Audrey Halsfield | Breeding revenue deposited to affiliate | Breeding Rights issued- 08 Diamonds to me, Miss Filibuster, Miss Harriet | 32,500 | |
| General Journal | 1/12/2010 | NTF II | Breeding revenue deposited to affiliate | Tamara Princess (BRZ) | 9,275 | |
| General Journal | 1/19/2010 | SWFS | Breeding revenue deposited at parent level | Chunter's Joy | 3,000 | |
| Check | 1/21/2010 | SWF KY | Transfer to affiliate | transfer to SWF KY 0775 | 2,000 | |
| Check | 2/10/2010 | SWF KY | Transfer to affiliate | transfer to SWF KY 0775 | 2,000 | |
| General Journal | 3/1/2010 | SWFS | Breeding revenue deposited at parent level | Chunter's Joy - transferred from SWFS | 1,000 | |
| General Journal | 3/10/2010 | SWF KY | Breeding revenue deposited to affiliate | Bellasornetta (IRE) - transferred from SWF KY | 7,950 | |
| General Journal | 3/29/2010 | SWF KY | Breeding revenue deposited to affiliate | Judy E F - transferred from SWF KY | 7,950 | |
| General Journal | 4/12/2010 | SWF KY | Breeding revenue deposited at parent level | Chunter's Joy | 500 | |
| Check | 5/4/2010 | HV | Transfer to Audrey via Halsfield Ventures | transfer to HV ckg 1658 | 9,250 | |
| General Journal | 5/10/2010 | NTF II | Breeding revenue deposited to affiliate | Thunder Miss | 6,360 | |
| General Journal | 5/10/2010 | NTF II | Breeding revenue deposited to affiliate | Maybe Lin | 9,275 | |
| Check | 5/21/2010 | HV | Transfer to Audrey via Halsfield Ventures | transfer to HV ck 1658 | 10,600 | |
| General Journal | 6/1/2010 | SWF KY | Breeding revenue deposited to affiliate | Thunder Miss & Maybe Lin - transferred from SWF KY | 6,785 | |
| General Journal | 6/14/2010 | NTF II | Breeding revenue deposited to affiliate | Jumpin Jemimah | 6,860 | |
| Check | 6/17/2010 | SWF KY | Transfer to affiliate | transfer to SWF KY 1732 | 6,000 | |
| Check | 6/25/2010 | HV | Transfer to Audrey via Halsfield Ventures | transfer to HV ckg 1658 | 4,390 | |
| Check | 6/30/2010 | HV | Transfer to Audrey via Halsfield Ventures | transfer to HV ckg 1658 | 4,000 | |
| Deposit | 8/4/2009 | Audrey Halsfield | Intercompany transfer | transfer from 25528 | | 535 |
| Deposit | 8/7/2009 | HV | Transfer from Audrey via Halsfield Ventures | transfer from 11658 | | 33 |
| Deposit | 8/7/2009 | Audrey Halsfield | Intercompany transfer | transfer from 15507 | | 33 |
| Deposit | 8/14/2009 | Audrey Halsfield | Intercompany transfer | transfer from 17238 | | 877 |
| Deposit | 8/17/2009 | Audrey Halsfield | Intercompany transfer | transfer from 02813 | | 33 |
| Deposit | 10/2/2009 | SWF KY | Transfer from parent via affiliate | transfer from 741732 | | 25 |
| Deposit | 10/28/2009 | HV | Transfer from Audrey via Halsfield Ventures | transfer from HVMM 1765 | | 5,873 |
| Deposit | 11/2/2009 | HV | Transfer from Audrey via Halsfield Ventures | transfer from 6850741658 | | 25 |
| Deposit | 12/1/2009 | HV | Transfer from Audrey via Halsfield Ventures | transfer from 741658 | | 25 |
| General Journal | 12/31/2009 | SWFS | Accounting fees paid by parent | Adjust Reese Henry Bills | | 19,243 |
| General Journal | 12/31/2009 | SWF KY | Vet/Boarding Fees paid by affiliate | Reclass from NTO | | 587 |
| General Journal | 12/31/2009 | SWFS | Horse expenses paid by parent | Reclass from SWFS | | 27,230 |
| General Journal | 12/31/2009 | SWFS | Expense paid by parent | Interest and principal on Chase Note | | 1,581,020 |
| Deposit | 1/7/2010 | HV | Transfer from Audrey via Halsfield Ventures | transfer from HV ckg 1658 | | 25 |
| Deposit | 1/20/2010 | Audrey Halsfield | Intercompany transfer | wire from NTF 1906 @ JP Morgan Chase | | 4,025 |
| Deposit | 2/1/2010 | HV | Transfer from Audrey via Halsfield Ventures | transfer from HV ckg 1658 | | 25 |
| Deposit | 2/8/2010 | SWFS | Transfer from Parent | transfer from SWFS 0759 | | 275 |
| Deposit | 2/25/2010 | SWFS | Transfer from Parent | transfer from SWFS 0759 | | 37 |
| Deposit | 3/3/2010 | HV | Transfer from Audrey via Halsfield Ventures | transfer from HV ckg 1658 | | 25 |
| Deposit | 4/1/2010 | HV | Transfer from Audrey via Halsfield Ventures | transfer from HV ckg 1658 | | 25 |
| Deposit | 4/26/2010 | SWFS | Transfer from Parent | transfer from SWFS 0759 | | 175 |
| Deposit | 4/26/2010 | SWFS | Transfer from Parent | transfer from SWFS 0759 | | 37 |
| Deposit | 5/3/2010 | SWFS | Transfer from Parent | transfer from SWFS 0759 | | 1,455 |
| Deposit | 5/4/2010 | SWF KY | Transfer from parent via affiliate | transfer from NTop 0776 | | 37 |
| Deposit | 5/12/2010 | SWF KY | Transfer from parent via affiliate | transfer from NTop 0776 | | 3,547 |
| Deposit | 6/1/2010 | HV | Transfer from Audrey via Halsfield Ventures | transfer from HV ckg 1658 | | 25 |
| Deposit | 6/23/2010 | Audrey Halsfield | Intercompany transfer | ck from JP Morgan Chase | | 2,990 |

Stone"Wall Farm Stallions I, LLC - Leroldesanimaux
Capital Withdrawals and Contributions
July 20, 2009- July 20, 2010

| Related Entity | Address | Relationship |
|---|---|---|
| SWFS = Stone"Wall Farm Stallions, LLC | 3204 Midway Road, Versailles, KY 40383 | Parent |
| SWF KY = Stone"Wall Farm Kentucky, LLC | 3204 Midway Road, Versailles, KY 40383 | Affiliate |
| NTF II = Never Tell Farm Kentucky II, LLC | 3204 Midway Road, Versailles, KY 40383 | Affiliate |
| HV = Haisfield Ventures LP | 3204 Midway Road, Versailles, KY 40383 | Affiliate |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

STONE*WALL FARM STALLIONS I, LLC          Case No. 10-52318-tnw

DEBTOR IN POSSESSION                              CHAPTER 11

## BUSINESS INCOME AND EXPENSES

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:  $224,380.25

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

*See Note Below

PART C – ESTIMATED FUTURE MONTHLY EXPENSES          *See Note Below

PART D – ESTIMATED AVERAGE NET MONTHLY INCOME          *See Note Below

*For Estimated Average Future Gross Monthly Income, Estimated Future Monthly Expenses, and Estimated Average Net Monthly Income see Consolidated Statement of Income and Expenses of Jointly Administered Debtors filed in Stone*Wall Farm Stallions I, LLC, Case No. 10-52318-tnw.